No. 85–6991. THOMPSON v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–6993. PENNINGTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6994. MINICK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6997. YINGLING v. BOYCE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–6998. TORAIN v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 85–7000. DAVIDSON v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–7001. FROST v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–7002. DAWSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–7003. KOENIG v. HURON REGIONAL CORRECTIONAL CENTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–7004. SNYDER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–7005. CROWELL v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 85–7007. FINNAN v. FINNAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–7009. GUTIERREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–7011. McCUTCHEON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 85–7012. ROBERTS v. MACKEY ET AL. C. A. 1st Cir. Certiorari denied.